No. 6421. BURWELL *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6590. JACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6636. SHELTON *v.* UNITED STATES. Petition for certiorari before judgment to C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1127. BURKE, WARDEN *v.* HAHN. C. A. 7th Cir. Motion to dispense with printing brief for respondent granted. Certiorari denied.

No. 1406. BROOM *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and judgment reversed in light of this Court's decision in *Whiteley* v. *Warden,* 401 U. S. 560.

No. 1424. GORNTO *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted and judgment reversed.

No. 1467. ITT LAMP DIVISION OF INTERNATIONAL TELEPHONE & TELEGRAPH CORP. *v.* MINTER, COMMISSIONER OF DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS. C. A. 1st Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.